**SPRECKELS–RUSSELL DAIRY CO., Limited, Appellant, v. Emma T. BLENNERHASSETT, Appellee.**

**No. 10407.**

Circuit Court of Appeals, Ninth Circuit.

Oct. 28, 1943.

Rehearing Denied Jan. 22, 1944.

Myrick & Deering & Scott and James Walter Scott, all of San Francisco, Cal., for appellant.

Vincent W. Hallinan and James Martin MacInnis, both of San Francisco, Cal., for appellee.

Before GARRECHT, DENMAN, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the transcript of record briefs filed by respective parties, and oral arguments, ordered that the judgment of the District Court be, and hereby is, affirmed, mandate to issue in accordance with Rule 28.